UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                              )
REINHARD, HERBERT EZRA              )    BANKRUPTCY CASE 08-14077
REINHARD, MARTHA LHEA               )    Chapter 7
                                    )
        DEBTORS.                    )

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | | |
|---|---|---|---|
| Claim #2 | Fort Wayne Radiology<br>P.O. Box 5602<br>Fort Wayne, IN  46895 | | $.20 |
| Claim #3 | Spirit of America National Bank<br>First Express<br>P.O. Box 856021<br>Louisville, KY  40285 | | $1.72 |
| Claim #4 | City Utilities<br>1 E. Main Street, Room 270<br>Fort Wayne, IN  46802 | | $.13 |
| Claim #11 | eCast Settlement Corporation<br>HSBC Bank Nevada<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | | $2.00 |
| Claim #16 | Associated Anesthesiologists<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | | $2.91 |
| Claim #17 | Fort Wayne Cardiology<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | | $.49 |
| Claim #18 | Fort Wayne Cardiology<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | | $.67 |

| | | |
|---|---|---|
| Claim #20 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX  75374 | $1.21 |
| Claim #22 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE  68197 | $2.11 |
| Claim #23 | Capital One Bank (USA), N.A.<br>c/o TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA  30091 | $3.73 |
| Claim #24 | Capital One Bank (USA), N.A.<br>c/o TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA  30091 | $2.17 |
| Claim #27 | Capital One Bank (USA), N.A.<br>c/o TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA  30091 | $2.06 |

Total Check Amount =  $19.40

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of March, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee